UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATO CARAVEO,
BRIAN BONER,

        Plaintiffs,

v.

GENERAL MOTORS LLC,

        Defendant.

Case No. 1:21-cv-01009-KPF

## ORDER

Before the Court is Defendant General Motors LLC's Motion to Set Aside Default (the "Motion"). Having considered the Motion and all related arguments and filings in support thereof, the Court **FINDS** that the Motion should be and therefore is **GRANTED**. Accordingly, for good cause, it is hereby **ORDERED** that the entry of default is set aside and the Clerk's Certificate of Default as to General Motors LLC is **VACATED**.

Defendant General Motors LLC shall answer or otherwise respond to Plaintiffs' Complaint (Dkt. 1) on or by April 7, 2021.

    **SO ORDERED.**

Dated: March 29, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge