

September 20, 2021

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Rm 618
New York, NY 10007



Re:     *Caraveo v. General Motors LLC,* 1:21-cv-01009 (KPF)

Dear Judge Failla:

We represent plaintiffs Tato Caraveo and Brian Boner ("Plaintiffs") in the above-captioned case and write pursuant to Section 2.E. of Your Honor's Individual Practices to respectfully request a 30-day extension of time to file a Stipulation of Dismissal (or otherwise move to re-open the case).

(1) the original deadline for the parties to file a Stipulation of Dismissal is September 24, 2021 [Dkt. No. 55];

(2) there have been no previous requests for an extension;

(3) no previous requests were granted or denied;

(4) the parties respectfully request a 30-day extension in order to consummate their settlement;

(5) Counsel for Defendant General Motors LLC consents to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**

James H. Freeman

*Counsel for Plaintiffs*



Application GRANTED.  It is hereby ORDERED that the period of conditional discontinuance is extended through October 25, 2021.

Dated:     September 20, 2021          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE